UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TENNESSEE

In re:                                                                                            Chapter 13

JOHN CLIFTON YORK
    Debtor(s)                                                                      Case No. 12-16117

## MOTION TO DISMISS AND NOTICE OF HEARING

**Notice is hereby given that:** A hearing will be held on this Motion on <u>January 30, 2014</u>, at 9:00 a.m. in Courtroom A, Historic U.S. Courthouse, 31 East 11th Street, Chattanooga, TN 37402. **If you do not want the court to grant the relief requested, you or your attorney must attend this hearing. If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the above matter and may enter an order granting that relief.**

    Comes C. Kenneth Still, Trustee, pursuant to U.S.C. § 1307 and moves that this case be dismissed. The Trustee would respectfully show unto the Court that the Debtor(s) are in material default with respect to the terms of the confirmed plan because plan payments to the Trustee have not been made as proposed. The Trustee's records indicate that:

<u>X</u>    As of December 26, 2013, the Debtor(s) plan payments from <u>NOV 2013</u> to <u>DEC 2013</u> are in arrears <u>$1898.00</u>.

<u>N/A</u>    As of December 26, 2013, the Debtor(s) has/have failed to make payments under the terms of the confirmed plan.

                                                            By: \s\    Kara L. West
                                                             Kara L. West (TN No. 25744)
                                                             Attorney for C. Kenneth Still
                                                             Chapter 13 Standing Trustee
                                                             P.O. Box 511
                                                            Chattanooga, TN 37401

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice and Motion to Dismiss has been served upon the following by United States First Class Mail with sufficient postage affixed, and/or by ECF through the Bankruptcy Court.

| Debtor(s): | Debtor's Attorney Served via ECF: |
|---|---|
| JOHN CLIFTON YORK | CHARLES G JENKINS JR ESQUIRE |
| 805 NORTH PRYOR COVE ROAD | |
| JASPER TN 37347 | By: \s\ G. FOWLER___ |
| |     Chapter 13 Office Clerk |
| |     Dated: December 26, 2013 |